IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO CESAR IBANEZ,

      Plaintiff,                    No. CIV S-06-2668 RRB EFB P

   vs.

F. JAQUEZ, et al.,

      Defendants.             FINDINGS & RECOMMENDATIONS

                              /

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He filed his amended complaint on August 15, 2007. On December 5, 2007, the court found that the amended complaint stated cognizable claims as to defendants John Doe, M. Wright, M. Townsend and D. Patton, but not as to defendants M. Miller, F. Jaquez, M. Foss or D. Bruce. The court gave plaintiff 20 days to submit materials for service of process on defendants Doe, Wright, Townsend and Patton, or, alternatively, 30 days to file a second-amended complaint.

      The times for acting have passed and plaintiff has not submitted the materials necessary to serve process on defendants Doe, Wright, Townsend and Patton, nor has he filed an amended complaint or otherwise responded to the December 5, 2007, order.

////

1

1     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice.  *See* Fed. R. Civ. P. 41(b).
3     These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: January 31, 2008.

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE