IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO CESAR IBANEZ,

      Plaintiff,                     No. CIV S-06-2668 RRB EFB P

      vs.

M. MILLER, et al.,

      Defendants.          <u>ORDER</u>

                              /

     Plaintiff is a state prisoner prosecuting this civil rights action without counsel. *See* 42 U.S.C. § 1983. He proceeds on his August 15, 2007, amended complaint. On December 5, 2007, the court found that the amended complaint stated cognizable claims against defendants M. Wright, M. Townsend and D. Patton. The court gave plaintiff time to prepare and submit materials for service of process. No documents were filed in response to the December 5, 2007, order. Thus, on January 31, 2008, the court recommended that this action be dismissed for plaintiff's failure to prosecute. Plaintiff has filed objections to that recommendation. For the reasons explained below, the court vacates the findings and recommendations and gives plaintiff a second opportunity to submit the materials necessary for the United States Marshal to serve process on defendants.

////

1

Plaintiff alleges that he prepared the materials as directed, obtained copies of the endorsed amended complaint and sent them to this court. It is not clear whether he delivered them to prison staff for deposit in the United States Mail or whether he, himself, deposited them in the mail. However, he speculates that prison officials may have interfered with his mail in an attempt to retaliate against him for filing this action. Plaintiff states that he plans to obtain records of prisoner mail to demonstrate that he did attempt to mail the documents, but he has not submitted any such records. Thus, the court cannot find that anyone has interfered with plaintiff's rights. However, in the interest of justice, plaintiff will have another opportunity to submit the materials necessary to serve process on defendants.

Accordingly, it hereby is ordered that:

1. The January 31, 2008, findings and recommendations are vacated.

2. Service is appropriate for defendants M. Wright, M. Townsend and D. Patton.

3. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and one copy of the August 15, 2007, pleading.

4. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and four copies of the endorsed August 15, 2007, pleading.

5. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants M. Wright, M. Townsend and D. Patton pursuant to Federal Rule of Civil Procedure 4 without payment of costs. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: April 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO CESAR IBANEZ,

      Plaintiff,                        No. CIV S-06-2668 RRB EFB P

      vs.

M. MILLER, et al.,

      Defendants.              <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        <u> 1 </u>      completed summons form

        <u> 3 </u>      completed forms USM-285

        <u> 4 </u>      copies of the <u>August 15, 2007</u> Amended Complaint

Dated:

                                                          Plaintiff