IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO CESAR IBANEZ,

        Plaintiff,                        No. CIV S-06-2668 JAM EFB P

    vs.

M. WRIGHT, et al.,

                                 ORDER AND AMENDED SCHEDULE

        Defendants.

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Currently pending are plaintiff's motions for extensions of time to conduct discovery, in response to which the defendants have filed a statement of non-opposition. These motions are construed as seeking a modification of the July 16, 2008, schedule. Thus construed, they must be granted.

        A schedule may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Pursuant to the scheduling order discovery closes November 18, 2008, all motions to compel must be filed by that date, and all discovery requests had to be served no later than 60 days before that date, i.e., September 19, 2008. Furthermore, the parties must file dispositive motions

1

no later than January 9, 2009.  Plaintiff asserts that he never received the scheduling and discovery order in this matter.[1]  He learned of the discovery deadline when counsel for the defendants appeared at the prison to take his deposition on October 10, 2008.  Plaintiff had not received the notice of deposition, either.  Defendants do not contest these assertions and, as noted, have no opposition to the granting of plaintiff's motions.  It appears that the prison's failure to deliver plaintiff's mail made it impossible for plaintiff to prepare discovery requests and serve them on the defendants within the time established in the scheduling order.  Thus, plaintiff's motions must be granted.

Accordingly, it is hereby ORDERED that:

1.  Plaintiff's October 17, 2008, and October 24, 2008, motions for extensions of time, construed as motions to modify the schedule, are granted.  The discovery deadline is vacated.

2.  The parties may conduct discovery until December 18, 2008.  All motions to compel discovery must be filed no later than that date.  All discovery requests must be served no later than November 18, 2008.

2.  The time for filing dispositive motions is vacated.  The parties must file dispositive motions no later than February 9, 2009.

Dated:  October 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court has reviewed the record in this case and finds that the discovery and scheduling order was properly served on plaintiff.