IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO CESAR IBANEZ,

    Plaintiff,                      No. CIV S-06-2668 JAM EFB P

    vs.

D. MILLER, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Defendants have filed a motion for reconsideration of this court's June 17, 2009, order compelling the production of documents.  In their motion, they request that the court extend the time for compliance with that order until the court resolves their motion.  *See* Local Rule 6-144(b).

        The court has reviewed the motion for reconsideration and the request to extend time, and finds that good cause exists to grant the stay.

        Accordingly, it hereby is ORDERED that the time for defendants to comply with this court's June 17, 2009, order is extended pending further order of this court.

Dated: September 8, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE