IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO CESAR IBANEZ,

    Plaintiff,                        No. CIV S-06-2668 JAM EFB P

    vs.

M. MILLER, et al.,

    Defendants.                ORDER

_____/

       Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action. Plaintiff seeks default judgment against defendant Bwaer.

       Defendant Bwaer has not yet been served in this action. On August 18, 2003, the U.S. Marshal returned the summons addressed to defendant Bwaer unexecuted. The court accordingly ordered plaintiff to provide new information about where defendant Bwaer may be located and to submit new service documents within 60 days of September 3, 2010. Dckt. No. 72. Plaintiff has yet to comply with that order. As defendant Bwaer has not been served with the complaint, entry of default, and by extension default judgment may not be entered against him. Accordingly, plaintiff's September 7, 2010 request for entry of default and/or default judgment against defendant Bwaer (Dckt. No. 73) is denied.

DATED: September 23, 2010.

*[signature: Edmund F. Brennan]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE