IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO CESAR IBANEZ,

      Plaintiff,                      No. CIV S-06-2668 JAM EFB P

      vs.

M. MILLER, et al.,

      Defendants.            <u>ORDER</u>

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He seeks to amend his complaint to substitute the name B. Bevan for the name Bwaer in various places, having learned that a certain defendant's name is actually B. Bevan and not Bwaer as previously thought. Dckt. No. 82. The remaining defendants do not oppose such amendment. Dckt. No. 84.

      Rather than submitting an amended complaint with the substitutions made, plaintiff asks the court to make the substitutions. For the clarity of the docket, however, the court will require plaintiff to submit a fourth amended complaint with the appropriate substitutions of B. Bevan for Bwaer. Plaintiff may comply with this order simply by crossing or whiting out the instances of "Bwaer" in the third amended complaint and replacing them with "B. Bevan."

////

////

1

Accordingly, it is hereby ordered that:

1. Plaintiff's October 25, 2010 motion to amend the complaint (Docket No. 82) is granted, and plaintiff shall have 30 days from the date this order is served to file a fourth amended complaint only to replace the name "Bwaer" with "B. Bevan."

2. Defendants Patton, Townsend, and Wright are excused from responding to the fourth amended complaint as it will state no new allegations against them.

3. The service order of April 23, 2010 (Docket No. 63), finding service appropriate for defendant Bwaer, is hereby modified to substitute the name "B. Bevan" for "Bwaer."

4. The Clerk of the Court is directed to correct the caption of the case to substitute the name "B. Bevan" for "Bwaer" and to send plaintiff a copy of the third amended complaint filed September 14, 2009.

DATED: November 2, 2010.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE